UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRUTHOUT ,** | NO. **2:12-CV-02601-LKK-CKD** |
| Plaintiff(s), | |
| V. | **ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| **DEPARTMENT OF JUSTICE ,** | |
| Defendant(s). | |

This action has been assigned to the Honorable LAWRENCE K. KARLTON. Pursuant to the provisions of Federal Rule of Civil Procedure 16, as amended December 1, 1993, IT IS HEREBY ORDERED that:

1. A Status (Pretrial Scheduling) Conference is **SET** for January 22, 2013 at 10:00 AM , before Judge Karlton in Chambers/Courtroom No. 4.

2. In order to enable the court to comply with the 120-day time limit specified in Fed. R. Civ. P. 16(b), plaintiff SHALL

/////

1  ENDEAVOR TO COMPLETE SERVICE OF PROCESS ON ALL PARTIES WITHIN
2  FORTY-FIVE (45) DAYS OF THE DATE OF FILING THE COMPLAINT HEREIN.
3       3.  Concurrently with the service of process, or as soon
4  thereafter as possible, **plaintiff shall serve upon each of the**
5  **parties named in the complaint, and upon all parties**
6  **subsequently joined, <u>a copy of this order,</u>** and shall file with
7  the clerk a certificate reflecting such service.  Any party who
8  impleads a third-party defendant shall serve upon that party a copy
9  of this order, and shall file with the clerk a certificate reflecting
10 such service.
11      4.  In the event that this action was reassigned to Judge
12 Karlton from another judge, **plaintiff shall serve upon all parties**
13 **to this action <u>a copy of this order,</u>** and shall file with the clerk
14 a certificate reflecting such service.
15      5.  Any non-governmental corporate party to an action in this
16 court shall file a statement identifying all its parent
17 corporations and listing any publicly held company that owns 10%
18 or more of the party's stock.  Defendant shall file the statement
19 with its initial pleading filed in the court and plaintiff shall
20 file the statement not later than fourteen (14) days after filing
21 the complaint.  The parties shall supplement the statement within
22 a reasonable time of any change in the information.
23      6.  In the event this action was originally filed in a state
24 court and thereafter removed to this court, **the removing party or**
25 **parties shall, immediately following such removal, serve upon**
26 **each of the other parties and upon all parties subsequently**

1  **joined, a copy of this order,** and shall file with the clerk a
2  certificate reflecting such service.
3      7. All parties to the action shall appear at the Status
4  Conference through counsel **(or in person, if acting without**
5  **counsel).** UNLESS SPECIFICALLY DIRECTED OTHERWISE, COUNSEL LOCATED
6  OUTSIDE THE COUNTY OF SACRAMENTO MAY APPEAR BY TELEPHONE, PROVIDED
7  THAT:
8      (a) **THE ACTION DOES NOT INVOLVE A LITIGANT APPEARING <u>IN</u>**
9  **<u>PROPRIA</u> <u>PERSONA</u>. IN SUCH CASES, ALL COUNSEL AND LITIGANTS MUST**
10 **PERSONALLY APPEAR;** and
11     (b) COUNSEL STATE IN THEIR TIMELY-FILED STATUS REPORTS
12 AS REQUIRED BY THIS ORDER THEIR DESIRE TO SO APPEAR, AND THEREIN
13 PROVIDE THE TELEPHONE NUMBER THEY WILL BE CALLING FROM; and
14     (c) **PLACE THE CALL TO CHAMBERS THEMSELVES BY CALLING**
15 **(916) 930-4130, AT EXACTLY THE TIME THE CONFERENCE IS SCHEDULED**
16 **TO BEGIN.** IF MORE THAN ONE PARTY DESIRES TO APPEAR BY TELEPHONE,
17 COUNSEL MUST MAKE ARRANGEMENTS AMONG THEMSELVES TO SET UP THE
18 CONFERENCE CALL AT THE SCHEDULED TIME **WITH ALL PARTICIPANTS ON THE**
19 **LINE BEFORE CALLING CHAMBERS.** A FAILURE TO PLACE THE TELEPHONE
20 CALL AT THE APPROPRIATE TIME WILL BE TREATED AS A FAILURE TO APPEAR
21 AND MAY SUBJECT COUNSEL TO SANCTIONS.
22     8. The parties shall file with the court and serve upon all
23 other parties, pursuant to Local Rule 134(b) (time of filing),
24 fourteen (14) days preceding the conference, a Status Report.
25 **ANY PARTY FAILING TO FILE A TIMELY STATUS REPORT PURSUANT TO**
26 **THIS ORDER MAY BE SUBJECTED TO MONETARY SANCTIONS AND/OR THE**

**DISMISSAL OF THE COMPLAINT OR STRIKING OF THE ANSWER.** The Status Report shall briefly set out the views of the party making the report on the following matters:

    (a) Name(s) of the parties counsel represents;

    (b) A brief summary of the facts alleged in each complaint and characterization of the legal theories under which recovery is sought or liability denied. The characterization of the legal theories does not require legal argument, but only a description of the legal theory (or theories);

    (c) Progress in the service of process;

    (d) Possible joinder of additional parties;

    (e) Any expected or desired amendment of pleadings;

    (f) Specifying the statutory basis for jurisdiction and venue;

    (g) Anticipated motions and the scheduling thereof;

    (h) Anticipated discovery and the scheduling thereof. In this regard, the parties shall discuss whether deferral of discovery pursuant to Fed. R. Civ. 26(d) is appropriate, any order affecting discovery pursuant to Fed. R. Civ. P. 26 and 29-37 is desired, and whether a discovery conference under Fed. R. Civ. P. 26(f) should be held;

    (i) Future proceedings, including setting appropriate cut-off dates for discovery, law and motion, and the scheduling of the pretrial conference and trial;

    (j) Appropriateness of special procedures such as agreement to try the matter before a magistrate judge pursuant to 28 U.S.C. § 636(c), or reference to a special master, or to the

Judicial Panel on Multidistrict Litigation, or application of the Manual for Complex Litigation, binding arbitration in Superior Court;

    (k)   Whether any of the parties has timely demanded a trial by jury;

    (l)   Estimate of trial time;

    (m)   Modification of standard pretrial procedures specified by the local rules due to the relative simplicity or complexity of the action;

    (n)   Whether the case is related to any other case, including any matters in bankruptcy;

    (o)   The report of the parties concerning use of the Voluntary Dispute Resolution Program pursuant to Local Rule 271;

    (p)   Any other matters which may be conducive to the just, efficient, and economical determination of the action.

    Following the Status (Pretrial Scheduling) Conference, the court will issue a written order regarding the future course of this litigation.

    9.   Requests for continuance of Status Conferences are not favored and will not be granted in the absence of a true emergency and, in any event, **will not be entertained unless made <u>in writing</u> at least THREE (3) DAYS prior to the scheduled conference.**

    10.   At the time of filing a motion, opposition, or reply, counsel are directed to email a copy in word processing format to **lkk-pleadings@caed.uscourts.gov**.  Concurrent with filing any proposed orders in the court's CM/ECF filing system, counsel are

```
 1  directed to forward a copy in word processing format to
 2  lkkorders@caed.uscourts.gov.
 3      11.  Counsel are cautioned to refer to Local Rule 230
 4  regarding the requirements for noticing such motions on the court's
 5  regularly scheduled law and motion calendar.  This paragraph does
 6  not preclude motions for continuances, temporary restraining orders
 7  or other emergency applications.
 8       Unless prior permission has been granted, memoranda of law in
 9  support of and in opposition to motions are limited to thirty (30)
10  pages, and reply memoranda are limited to fifteen (15) pages.  The
11  parties are also cautioned against filing multiple briefs to
12  circumvent this rule.
13      12.  Counsel are hereby reminded of their continuing duty to
14  immediately notify the Courtroom Deputy at (916) 930-4133 and the
15  Judge's Chambers in writing, of any settlement or other disposition
16  (Local Rule 160).
17       IT IS SO ORDERED.
18       DATE:   October 19, 2012
19                              /s/ LAWRENCE K. KARLTON
                                LAWRENCE K. KARLTON
20                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```