UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRUTHOUT,

        NO. CIV. S-12-2601 LKK/CKD

    Plaintiff,

  v.

        O R D E R

DEPARTMENT OF JUSTICE,

    Defendant.
_____/

    A status conference was held in chambers on January 22, 2013. After hearing, the court orders as follows:

1. A further status conference is set for April 1, 2013 at 10:00 a.m.
2. The parties shall file updated status reports no later than March 18, 2013

    IT IS SO ORDERED.

    DATED: January 23, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1