Jennifer Lynch (State Bar No. 240701)
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Kelly McClanahan (*pro hac vice*)
kel@nationalsecuritylaw.org
NATIONAL SECURITY COUNSELORS
1200 South Courthouse Road, Suite 124
Arlington, VA 22204
Telephone: (301) 728-5908
Facsimile: (240) 681-2189

Attorneys for Truthout

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRUTHOUT, | * | Case No.: 2:12-cv-02601 (LKK) (CKD) |
| Plaintiff, | * | **PLAINTIFF'S STATUS REPORT** |
| v. | * | Date: April 1, 2013 |
| | * | Time: 10:00 AM |
| DEPARTMENT OF JUSTICE, | * | Ctrm: 4 (LKK) |
| Defendant. | * | |

\* \* \* \* \* \* \*

Plaintiff Truthout, in preparation for the Status Conference set for 1 April 2013 at 10:00 AM, makes its status report as follows:

(a) Parties Represented: The undersigned represents Plaintiff Truthout.

(b) Facts and Theories: The complaint is based on two Freedom of Information Act ("FOIA") requests made by Truthout to the Federal Bureau of Investigation ("FBI"). The FBI has released numerous responsive records in response to one request (stating that it has

1    completed processing for that request) but has referred an unknown number of records to another
2    government agency which has not completed processing the referred records.  The FBI has also
3    informed Truthout, "Additionally, a search of the indices to our Central Records System
4    reflected there was one record potentially responsive to your FOIPA request stored at the closed
5    file facility in New Jersey.  As a result of Hurricane Sandy, the closed file facility in New Jersey
6    sustained significant flood damage that temporarily prohibits access to this record.  Remediation
7    is ongoing for the records stored in this facility and unfortunately at this time, we are unable to
8    determine if or when this record will be available for review."  The FBI is still performing a
9    search for records responsive to the second request.
10           (c)    Process Service: Defendant has received sufficient process service.
11           (d)    Joinder: Because the unnamed government agency to which the FBI referred
12   records did not contact Truthout prior to the filing of this lawsuit, it will not need to be named as
13   a separate defendant in order to have the referred records fall within the scope of this action.
14   Accordingly, Truthout has no intention of joining any additional parties.
15           (e)    Amendment: Truthout reserves its right to seek amendment of its Complaint
16   based on new developments in the case, but it currently has no plans to do so.
17           (f)    Jurisdiction and Venue: This Court has both subject matter jurisdiction over this
18   action and personal jurisdiction over Defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28
19   U.S.C. § 1331.  Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.
20           (g)    Motions: Most FOIA actions are disposed of on summary judgment motions, with
21   Defendant having the burden to show its compliance with FOIA.  While Truthout hopes that this
22   action can be resolved without motions, it is highly likely that the parties will need to brief at
23   least some of Defendant's withholdings.

1  (h) Discovery: None is currently pending or contemplated, but Truthout reserves its right to seek discovery under Fed. R. Civ. P. 56(d) during the briefing of any Motion for Summary Judgment should the need arise.

(i) Future Proceedings: Truthout requests that Defendant be given until 3 May 2013 to either file its summary judgment motion or request an *Open America* stay, in which it must justify further delay of these proceedings.

(j) Special Procedures: None appear appropriate.

(k) Jury Demand: Truthout does not demand a jury trial.

(l) Trial Time: Most FOIA actions are disposed of on summary judgment motions. Truthout suggests that no trial date be set at this time, but requests that the Court keep the option open in recognition of the fact that some examination of government witnesses may be necessary to resolve any issues of material fact not adequately covered by agency affidavits.

(m) Modified Procedures: See (g), (h), and (l).

(n) Related Cases: Truthout has not currently designated any related cases, but may seek to relate future cases to this one.

(o) VDRP: Truthout does not currently consider VDRP to be appropriate for this case.

(p) Other Matters: As with the 22 January 2013 Status Conference, the undersigned asks to participate in the 1 April 2013 Status Conference by telephone, since he lives and works in Virginia. He will be calling from either 301-728-5908 or 571-970-5633.

Date:   March 18, 2013                          NATIONAL SECURITY COUNSELORS

By: /s/ Kelly McClanahan
Kelly McClanahan
Attorney for Truthout