1   BENJAMIN B. WAGNER
United States Attorney
2   YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone: (916) 554-2760
Facsimile:  (916) 554-2900
5   email: yoshinori.himel@usdoj.gov

6   Attorneys for Defendant, U.S. Department of Justice

7

8                       IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  TRUTHOUT,                             2:12-cv-2601-LKK-CKD

12                      Plaintiff,        **STIPULATION AND ORDER EXTENDING
                                          TIME TO FILE MOTION FOR SUMMARY
13                      v.                JUDGMENT**

14  DEPARTMENT OF JUSTICE,

15                      Defendant.

16

17

18          The parties, through their undersigned counsel, hereby recite and stipulate, subject to the

19  approval of the Court as provided for hereon, as follows:

20                              **RECITALS**

21          1.      In the status conference held April 1, 2013, the Court gave the Department of Justice less

22  time than it had requested, requiring its motion for summary judgment to be filed by July 15, 2013. The

23  Court, however, orally invited a request for extension, if needed, showing why the July 15 deadline

24  could not be met.

25          2.      Defendant reports that it was on schedule to meet its July 15 deadline, except that its

26  search for responsive records unexpectedly found classified documents. This request results from that

27  occurrence, and responds to the Court's invitation at the status conference.

28          3.      The FBI reports that it needs an additional five weeks to prepare Vaughn materials (that

1    is, declarations and associated materials to carry burdens explained in *Vaughn v. Rosen,* 484 F.2d 820

2    (D.C. Cir. 1973)) for the Assistant United States Attorney to use for factual support for the summary

3    judgment papers he will write. The additional time in the FBI results from the unexpected documents,

4    classified at the Secret and Top Secret levels. This added time is taken up by (1) classification review, to

5    determine whether the documents remain properly classified; (2) logistical delays necessitated by

6    restrictions on the ability to communicate Top Secret information, all of which could be handled only by

7    particular employees and electronic systems, and some of which had to be securely couriered between

8    west and east coasts; (3) the need to write additional Vaughn material addressing FOIA exemptions

9    associated with classified records; and (4) the previously-unanticipated need to prepare in-camera

10   Vaughn papers additional to the already-anticipated public Vaughn papers.

11        3.      The AUSA reports that he will need three weeks more than the time previously scheduled

12   between his receipt of the Vaughn materials from the FBI and his filing of the summary judgment

13   motion. The additional time need results from (1) the need for one to two additional weeks to brief,

14   obtain internal review of, and finalize for filing the following papers additional to the previously-

15   anticipated public summary judgment papers: (a) briefing on FOIA exemptions protecting classified

16   documents; (b) papers requesting orders sealing materials for in-camera inspection; and (c) in-camera

17   briefing; and (2) his already-existing motion-writing obligations in July and August, which occupy one

18   to two weeks that he otherwise would have had for the writing tasks in this action.

19        4.      The total extension requested is eight weeks. No previous extension of this time has been

20   requested or granted.

### **STIPULATIONS**

22        1.      The summary judgment motion filing date of July 15, 2013, set by Order filed April 3,

23   2013, at 2, last full paragraph, is EXTENDED until September 9, 2013.

24        2.      The other dates set in the same paragraph are modified as follows: Plaintiff shall respond

25   to the motion by October 7, 2013, and defendant shall reply by October 21, 2013.

STIPULATION AND ORDER EXTENDING TIME                    2
TO FILE MOTION FOR SUMMARY JUDGMENT

Dated: June 28, 2013                          NATIONAL SECURITY COUNSELORS

                                              By:
                                                  */s/ Kelly McClanahan* (as authorized 6/28/13)
                                                  KELLY McCLANAHAN
                                                  Executive Director

Dated: June 28, 2013                          BENJAMIN B. WAGNER
                                              United States Attorney

                                              By:
                                                  */s/ YHimel*
                                                  YOSHINORI H. T. HIMEL
                                                  Assistant United States Attorney

## **ORDER**

      It is APPROVED and SO ORDERED.

Dated:   July 2, 2013.

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT