UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRUTHOUT,

        Plaintiff,

   v.

DEPARTMENT OF JUSTICE,

        Defendant.
_____/

NO. CIV. S-12-2601 LKK/CKD

O R D E R

Defendant U.S. Department of Justices wishes to offer certain classified documents in support of its motion for summary judgment. (ECF No. 26.) The undersigned will be unable to adequately review these documents in advance of the hearing on defendant's motion, currently scheduled for October 21, 2013. Consequently, the hearing is hereby CONTINUED until December 9, 2013 at 10:00 a.m. The deadlines to file an opposition (October 7, 2013) and a reply, if any (October 14, 2013) are unchanged.

    IT IS SO ORDERED.

    DATED: September 18, 2013.

                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

1