UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRUTHOUT,

        Plaintiff,

   v.

DEPARTMENT OF JUSTICE,

        Defendant.

No.  CIV. S-12-2601 LKK/CKD

**ORDER**

    Pending before the court in the above-captioned case is defendant U.S. Department of Justice's motion for summary judgment (ECF No. 27), currently set for hearing on December 9, 2013. Defendant's reply brief is due on October 21, 2013. (ECF No. 32.)

    Also pending before the court is plaintiff Truthout's motion to seal certain docket entries. (ECF No. 28.) Plaintiff's brief in support of this motion is due on October 14, 2013. (ECF No. 30.)

    Plaintiff has filed a motion for a stay in these proceedings, on the grounds that (i) funding has lapsed for most Executive branch agencies, and (ii) absent an appropriation,

1

Department of Justice attorneys are apparently prohibited from working on this case. Plaintiff also seeks a stay because its motion to seal implicates the privacy rights of a third-party (Hesham Abu Zubaidah), whose records are at issue in this matter; according to plaintiff, Mr. Zubaidah expects to file a motion to intervene in order to address the sealing.

In light of the foregoing, the court hereby orders as follows:

[1] All hearing dates and filing dates in this matter are VACATED.

[2] When defendant and its counsel are permitted to resume their duties in this case, the parties are DIRECTED to meet-and-confer and submit a joint stipulation setting forth a proposed schedule for (i) the hearing on the summary judgment motion, (ii) the hearing on the proposed motion to intervene, and (iii) submission of any briefs that remain due on these motions.

IT IS SO ORDERED.

DATED: October 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2