BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile:  (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Defendant, U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUTHOUT,<br><br>               Plaintiff,<br><br>       v.<br><br>DEPARTMENT OF JUSTICE,<br><br>               Defendant. | 2:12-cv-2601-LKK-CKD<br><br>**STIPULATION AND ORDER RE: REDACTION AND SEALING**<br><br>Date:   Date vacated<br>Time:  10:00 AM<br>Ctrm:  4 (LKK) |

   The parties stipulate, subject to the approval of the Court as provided for hereon, as follows:

   1.   Under Fed. R. Civ. P. 5.2, defendant has made selective redactions, for public filing, in Exhibit Y to the Hardy Declaration supporting defendant's pending motion for summary judgment. Plaintiff has examined the Rule 5.2 redactions. At plaintiff's request, defendant has broadened the Rule 5.2 redactions on two pages. Plaintiff does not object to the filing of Exhibit Y on the public record after these redactions. Plaintiff waives any objection to withholding by defendant within areas of Exhibit Y redacted under Rule 5.2. The Rule 5.2 redacted Exhibit Y is being filed (in two parts because of the file size) at the same time as this

STIPULATION AND ORDER RE: REDACTION AND SEALING                                      1

1  stipulation.

2      2.   The parties do not object to the Clerk's Rule 5.2 redactions in the Certification of
3  Identity in Hardy Declaration Exhibit C, ECF number 27-2, page 66 of 144.

4      3.   The Court in its discretion may destroy, or may retain in camera or otherwise off
5  the public record, the version of Exhibit Y previously filed as ECF numbers 27-3 and 27-4.

6      4.   Plaintiff's above waiver of objection to withholding by defendant within areas of
7  Exhibit Y redacted under Rule 5.2 moots any need for the Court to retain the version of Exhibit
8  Y previously filed as ECF numbers 27-3 and 27-4.

9      5.   Plaintiff hereby WITHDRAWS from its sealing motion its request for permanent
10 sealing of Exhibit Y. The parties believe that because the version of Exhibit Y previously filed
11 as ECF numbers 27-3 and 27-4 will be destroyed or retained off the public record, this
12 withdrawal moots the need for briefing on permanent sealing. See paragraph [1] at page 3 of the
13 Order filed September 12, 2013.

Dated: October 30, 2013                NATIONAL SECURITY COUNSELORS

                                       By: /s/ Kelly McClanahan
                                       Kelly McClanahan
                                       Attorney for Truthout
                                       As authorized 10/30/13

Dated: November 1, 2013                BENJAMIN B. WAGNER
                                       United States Attorney

                                        /s/ YHimel
                                       YOSHINORI H. T. HIMEL
                                       Assistant United States Attorney

ORDER

It is APPROVED and SO ORDERED.

DATED: November 1, 2013

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

STIPULATION AND ORDER RE: REDACTION AND SEALING                              2