1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2760
   Facsimile:  (916) 554-2900
5  email: yoshinori.himel@usdoj.gov

6  Attorneys for Defendant, U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TRUTHOUT, | 2:12-cv-2601-LKK-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: HEARING AND BRIEFING** |
| v. | Date: February 10, 2013 |
| DEPARTMENT OF JUSTICE, | Time: 10:00 AM |
| Defendant. | Ctrm: 4 (LKK) |

The parties stipulate, subject to the approval of the Court as provided for hereon, as follows:

1. The hearing before Judge Karlton on defendant's motion for summary judgment filed September 9, 2013, which hearing was vacated by the Order filed October 9, 2013, shall be held February 10, 2014, at 10:00 a.m.

2. Opposition is due November 18, 2013. Reply is due January 6, 2014.

Dated: October 30, 2013                    NATIONAL SECURITY COUNSELORS

                                           By: /s/ Kelly McClanahan
                                           Kelly McClanahan
                                           Attorney for Truthout
                                           (As authorized 10/30/13)

STIPULATION AND ORDER RE: HEARING AND BRIEFING

1 | Dated: November 1, 2013          BENJAMIN B. WAGNER
United States Attorney

*/s/ YHimel*
YOSHINORI H. T. HIMEL
Assistant United States Attorney

## ORDER

It is APPROVED and SO ORDERED.

DATED:  November 1, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER RE: HEARING AND BRIEFING