BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile:  (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Defendant, U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUTHOUT,<br><br>            Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>            Defendant. | 2:12-cv-2601-LKK-CKD<br><br>**STIPULATION AND ORDER RESETTING HEARING AND BRIEFING**<br><br>Old Date:  February 10, 2013<br>New Date:  March 17, 2014<br>Time:        10:00 AM<br>Ctrm:        4 (LKK) |

      The parties stipulate, subject to the approval of the Court as provided for hereon, as follows:

      1.      That the hearing on defendant's motion for summary judgment filed September 9, 2013, be CONTINUED from February 10, 2014, until March 17, 2014, at 10:00 AM, before Judge Karlton.

      2.      That, for the reasons stated in plaintiff's motion filed November 19, 2013, plaintiff be allowed to file opposition to the summary judgment motion by December 4, 2013.

      3.      That reply, if any, be filed by January 21, 2013.

STIPULATION AND ORDER RESETTING HEARING AND BRIEFING      1

Dated: November 21, 2013     NATIONAL SECURITY COUNSELORS

By: /s/ Kelly McClanahan
Kelly McClanahan
Attorney for Truthout
(As authorized 11/21/13)

Dated: November 22, 2013     BENJAMIN B. WAGNER
United States Attorney

/s/ YHimel
YOSHINORI H. T. HIMEL
Assistant United States Attorney

## ORDER

Upon the parties' stipulation, the hearing on defendant's motion for summary judgment filed September 9, 2013, is CONTINUED from February 10, 2014, until March 17, 2014, at 10:00 AM, before the undersigned. Opposition is due by December 4, 2013. Reply, if any, is due by January 21, 2013.

It is APPROVED and SO ORDERED.

DATED:  November 22, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER RESETTING HEARING AND BRIEFING     2