Jennifer Lynch (State Bar No. 240701)
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993

Kelly McClanahan (*pro hac vice*)
kel@nationalsecuritylaw.org
NATIONAL SECURITY COUNSELORS
1200 South Courthouse Road, Suite 124
Arlington, VA  22204
Telephone:     (301) 728-5908
Facsimile:     (240) 681-2189

Attorneys for Truthout

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| TRUTHOUT, | * | Case No.: 2:12-cv-02601 (LKK) (CKD) |
|---|---|---|
| Plaintiff, | * | |
| v. | * | **CONSENT MOTION FOR** |
| DEPARTMENT OF JUSTICE, | * | **BRIEF ENLARGEMENT OF TIME** |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*

NOW COMES Plaintiff to respectfully request a brief further enlargement of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to and including 10 December 2013, within which to file its Opposition to Defendant's Motion for Summary Judgment (filed Sept. 9, 2013).

Plaintiff has good cause to request this extension.  The parties have been discussing ways in which they may be able to reduce the number of issues in controversy, and they request an

**1**
**PLAINTIFF'S CONSENT MOTION FOR BRIEF ENLARGEMENT OF TIME**

1  additional four business days to allow them to continue the negotiation.  On 10 December 2013

2  Plaintiff intends to either file its Opposition or, if necessary, propose, after conferring with the

3  Government, a new briefing schedule.[1]

4       This is the second extension requested for this filing.  Defendant consented in general[2] to

5  this Motion and asks that its Reply deadline be moved to 10 February 2014, to which Plaintiff

6  agrees.  The parties do not believe that this extension should affect the hearing scheduled for 17

7  March 2014.

8  Date:   December 4, 2013                                    NATIONAL SECURITY COUNSELORS

9                                                          By: /s/ Kelly McClanahan
10                                                               Kelly McClanahan
                                                               Attorney for Truthout

13 **ORDER**

15      It is APPROVED and SO ORDERED.

17 Dated:  December 6, 2013.

18                                         LAWRENCE K. KARLTON
                                        SENIOR JUDGE
19                                         UNITED STATES DISTRICT COURT

---

[1] If the parties agree that Defendant will perform an additional search for records, the case will need to be stayed to allow the Government sufficient time to do so.

[2] Defendant's counsel consented on the telephone to this extension, and then asked to be sent the written motion before it was filed for final approval, which the undersigned did at 3:54 PM PST. However, Defendant's counsel has not responded yet, so the undersigned is filing this Motion now to maximize the chance of the Court seeing it and ruling on it before midnight.