Jennifer Lynch (State Bar No. 240701)
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993

Kelly McClanahan (*pro hac vice*)
kel@nationalsecuritylaw.org
NATIONAL SECURITY COUNSELORS
1200 South Courthouse Road, Suite 124
Arlington, VA  22204
Telephone:     (301) 728-5908
Facsimile:     (240) 681-2189

Attorneys for Truthout

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRUTHOUT, | * | Case No.: 2:12-cv-02601 (LKK) (CKD) |
| Plaintiff, | * | |
| v. | * | **CONSENT MOTION FOR** |
| DEPARTMENT OF JUSTICE, | * | **TEMPORARY STAY** |
| Defendant. | * | |

\*    \*    \*    \*    \*    \*    \*

NOW COMES Plaintiff to respectfully request a stay of the briefing of Defendant's Motion for Summary Judgment (filed Sept. 9, 2013) until the Court has resolved a preliminary Motion being filed tomorrow by Plaintiff.

Plaintiff has good cause to request this stay.  Defendant filed an *in camera*, *ex parte* Declaration of David Hardy in support of its Motion for Summary Judgment, and Plaintiff maintains that this Declaration should not be accepted *in camera* and *ex parte* by the Court, as it

1  essentially deprives Plaintiff of the ability to challenge Defendant's withholding determinations.

2  Accordingly, Plaintiff will file a Motion to Strike the *In Camera*, *Ex Parte* Declaration or, in the

3  Alternative, to File It on the Public Record tomorrow.  Because the resolution of this Motion in

4  Plaintiff's favor would significantly affect the briefing of Defendant's Motion for Summary

5  Judgment, the parties agree that it is in the interest of judicial economy to resolve the Motion to

6  Strike before continuing to brief the Motion for Summary Judgment.

7      Defendant consents to this Motion.

8  Date:   December 10, 2013                              NATIONAL SECURITY COUNSELORS

9                                                         By: /s/ Kelly McClanahan
                                                              Kelly McClanahan
10                                                            Attorney for Truthout

11

12

13                                          **ORDER**

14

15      It is APPROVED and SO ORDERED.

16

17  Dated:   December 12, 2013

18

19                                      _____
                                        LAWRENCE K. KARLTON
20                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
21

22

23

**2**
**PLAINTIFF'S CONSENT MOTION FOR TEMPORARY STAY**