UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRUTHOUT,

        Plaintiff,

   v.

DEPARTMENT OF JUSTICE,

        Defendant.

No.  CIV. S-12-2601 LKK/CKD

**ORDER**

    Pending before the court in the above-captioned case is defendant's motion for summary judgment, currently set for hearing on March 17, 2014. Having reviewed the parties' filings, the court finds that oral argument regarding the motion is unnecessary. Accordingly, the hearing on the motion is VACATED. An order will be forthcoming.

    IT IS SO ORDERED.

    DATED:  March 7, 2014.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT