# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**TRUTHOUT,**

CASE NO: **2:12–CV–02601–LKK–CKD**

v.

**DEPARTMENT OF JUSTICE,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/6/2014**

**Marianne Matherly**
Clerk of Court

ENTERED: **May 6, 2014**

by: /s/ M. Marciel
Deputy Clerk