1   Jennifer Lynch (State Bar No. 240701)
    jlynch@eff.org
2   ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
3   San Francisco, CA  94109
    Telephone:     (415) 436-9333
4   Facsimile:     (415) 436-9993

5   Kelly McClanahan (*pro hac vice*)
    kel@nationalsecuritylaw.org
6   NATIONAL SECURITY COUNSELORS
    1200 South Courthouse Road, Suite 124
7   Arlington, VA  22204
    Telephone:     (301) 728-5908
8   Facsimile:     (240) 681-2189

9   Attorneys for Truthout

10  BENJAMIN B. WAGNER
    United States Attorney
11  YOSHINORI H. T. HIMEL #66194
    Assistant United States Attorney
12  yoshinori.himel@usdoj.gov
    501 I Street, Suite 10-100
13  Sacramento, CA 95814
    Telephone:     (916) 554-2760
14  Facsimile:     (916) 554-2900

15  Attorneys for Defendant, U.S. Department of Justice

16                  **UNITED STATES DISTRICT COURT**

17                  **EASTERN DISTRICT OF CALIFORNIA**

18  TRUTHOUT,                          *      Case No.: 2:12-cv-02601 (LKK) (CKD)
                                        *
19          Plaintiff,                 *
                                        *      **STIPULATION TO ADJUDICATION**
20          v.                         *
                                        *      **OF PLAINTIFF'S MOTION ON THE**
21  DEPARTMENT OF JUSTICE,             *
                                        *      **RECORD AND BRIEFS**
22          Defendant.                 *
                                        *
23  *     *     *     *     *     *     *

**STIPULATION TO ADJUDICATION OF PLAINTIFF'S MOTION ON THE RECORD AND BRIEFS**

1   The parties hereby stipulate, pursuant to Local Rule 230(g), to the adjudication of

2   Plaintiff's Motion for Partial Reconsideration, Dkt. #63, on the record and briefs.

3   The parties respectfully request that the Court recognize this Stipulation and accordingly

4   adjudicate this Motion without a hearing.

5   Date:   May 28, 2014                    NATIONAL SECURITY COUNSELORS

6                                    By: /s/ Kelly McClanahan
                                         Kelly McClanahan
7                                        Attorney for Truthout

8                                        BENJAMIN B. WAGNER
                                         United States Attorney
9
                                         /s/ YHimel
10                                       YOSHINORI H. T. HIMEL
                                         Assistant United States Attorney
11

12                                   **ORDER**

13

14   It is APPROVED and SO ORDERED.

15

16   Dated:   May 28, 2014.

17

18

19   LAWRENCE K. KARLTON
     SENIOR JUDGE
20   UNITED STATES DISTRICT COURT

21

22

23

**STIPULATION TO ADJUDICATION OF PLAINTIFF'S MOTION ON THE RECORD AND BRIEFS**