Jennifer Lynch (State Bar No. 240701)
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993

Kelly McClanahan (*pro hac vice*)
kel@nationalsecuritylaw.org
NATIONAL SECURITY COUNSELORS
1200 South Courthouse Road, Suite 124
Arlington, VA  22204
Telephone:     (301) 728-5908
Facsimile:     (240) 681-2189

Attorneys for Truthout

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRUTHOUT, | \* | Case No.: 2:12-cv-02601 (LKK) (CKD) |
| Plaintiff, | \* | |
| v. | \* | **NOTICE OF APPEAL** |
| DEPARTMENT OF JUSTICE, | \* | Judge: Hon. Lawrence K. Karlton |
| Defendant. | \* | |

\*   \*   \*   \*   \*   \*   \*

**NOTICE OF MOTION**

TO THE COURT AND THE PARTIES:

PLEASE TAKE NOTICE that Plaintiff Truthout hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the 5 May 2014 Order denying Plaintiff's Motion to Strike *In Camera*, *Ex Parte* Hardy Declaration or, in the Alternative, to File It on the Public Record, Dkt. #50 (filed Dec. 13, 2013) and granting Defendant's Motion for Summary

1 Judgment, Dkt. #27 (filed Sept. 9, 2013), filed in this action on 6 May 2014; (2) the final

2 judgment dismissing Plaintiff's claims, entered on 6 May 2014; and (3) the 3 June 2014 Order

3 denying Plaintiff's Motion for Partial Reconsideration, Dkt. #63 (filed May 23, 2014), filed in

4 this action on 4 June 2014.

5 Date:   July 4, 2014                                       NATIONAL SECURITY COUNSELORS

6                                                           By: /s/ Kelly McClanahan
                                                                Kelly McClanahan
7                                                               Attorney for Truthout