UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUTHOUT, | No.  CIV. S-12-2601 LKK/CKD |
|         Plaintiff, | |
|    v. | **ORDER** |
| DEPARTMENT OF JUSTICE, | |
|         Defendant. | |

A key document in this case was filed *ex parte* with the court in paper form. As plaintiff Truthout has appealed the court's decision herein, this document may prove essential to the Ninth Circuit Court of Appeals on appeal and/or to the U.S. District Court for the Eastern District of California on remand. Accordingly, the court hereby DIRECTS defendant United States Department of Justice, no more than fourteen (14) days after docketing of this order, to electronically file under seal an unredacted version of the *in camera*, *ex parte* declaration of David Hardy. To this end, a PDF version of the unredacted declaration should be emailed to ApprovedSealed@caed.uscourts.gov. This document will remain under

seal and accessible only to necessary court personnel.

   IT IS SO ORDERED.

   DATED:  August 29, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2